**ZIMMERMAN REED LLP**
Ryan J. Ellersick (SBN 357560)
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Tel: (877) 500-8780
ryan.ellersick@zimmreed.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Meng Gao, individually, and on behalf of those similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>Crunch Holdings, LLC,<br><br>            Defendant. | Case No. 5:26-cv-01170-PCP<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41**<br><br>Date: May 11, 2026<br>Dept.: Courtroom 8 – 4th Floor<br>Judge: P. Casey Pitts<br>Date Filed: Feb. 6, 2026<br>Trial Date: TBD |

1

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff respectfully provides notice of voluntary dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Because Defendant has not served "either an answer or a motion for summary judgment," the action may be dismissed "without a court order." Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

ZIMMERMAN REED LLP

Dated: May 11, 2026

By: */s/ Ryan Ellersick*
Ryan J. Ellersick (SBN 357560)
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
(877) 500-8780
ryan.ellersick@zimmreed.com

*Attorney for Plaintiffs*

2
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL